# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RONALD NICKERT,

        Petitioner,        Case Number: 2:10-CV-14489

v.        HON. DENISE PAGE HOOD

SHIRLEE HARRY,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated December 30, 2011, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 30th day of December, 2011.

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:  s/Julie Owens
       Deputy Clerk

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on December 30, 2011, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager